IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| ROBERT ASHTON, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Civil Action No.: 7:17CV00544 |
| ) | |
| JAMES C. JUSTICE COMPANIES, INC., et. al., ) | |
| ) | |
| Defendants. ) | |

### ORDER

Pursuant to the stipulation of the parties under Fed. R. Civ. P. 41(a)(1)(ii), it is **ORDERED** and **ADJUDGED** that this case is dismissed with prejudice, and **ORDERED** stricken from the docket of the court; with each party bearing that party's own attorney's fees and costs.

It is **SO ORDERED**.

Entered: July 17, 2018

*Robert S. Ballou*

Robert S. Ballou
United States Magistrate Judge

1